IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

1831-110571

| | |
|---|---|
| CHRISTOPHER FINK | CIVIL ACTION |
| vs. | NO. |
| CHRISTOPHER JONES AND ANGELA'S HAULING, LLC | |

**NOTICE OF FILING NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN**
**DISTRICT OF PENNSYLVANIA**

TO:   Kevin Clancy Boylan, Esquire
       Morgan & Morgan
       2005 Market Street, Suite 350
       Philadelphia, PA  19103

**PLEASE TAKE NOTICE** that Christopher Jones and Angela's Hauling, LLC, in the matter of Christopher Fink v. Christopher Jones and Angela's Hauling, LLC, originally pending in the Court of Common Pleas in the County of Philadelphia, Pennsylvania, under August term 2021, No. 2222, file in the United States District Court for the Eastern District of Pennsylvania, their Notice of Removal of said cause to the Eastern District of Pennsylvania.  A copy of the Notice of Removal is attached hereto and served herewith.

                                                **MARKS, O'NEILL, O'BRIEN,**
                                                **DOHERTY & KELLY, P.C.**

By:   /s/ *Benjamin J. Tursi*
        Benjamin J. Tursi, Esquire
        Attorney I.D. No.: 206999
        One Penn Center
        1617 JFK Boulevard, Suite 1010
        Philadelphia, Pa. 19103

{PH771881.1}

        215-564-6688
        Attorneys for Defendant,
        Christopher Jones and Angela's Hauling,
        LLC

{PH771881.1}

# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

1831-110571

| | |
|---|---|
| CHRISTOPHER FINK | CIVIL ACTION |
| vs. | NO. |
| CHRISTOPHER JONES AND ANGELA'S HAULING, LLC | |

## NOTICE OF REMOVAL

AND NOW, Defendants, Christopher Jones and Angela's Hauling, LLC, by and through their attorneys, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., hereby remove the above-captioned case to this Honorable Court and provide notice of same to counsel representing the Plaintiff. In support of the removal, the Defendants aver as follows:

1. This is an action filed and now pending in the Philadelphia Court of Common Pleas, August Term, 2021. No. 2222.

2. A copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

3. This action was instituted in the Court of Common Pleas of Philadelphia County on or about August 25, 2021 by Plaintiff filing a Complaint at the above court term and number.

4. This Notice of Removal is being filed within thirty (30) days after receipt by the Defendants of the initial pleading setting forth the claim for relief upon which this action is based in accordance with 28 U.S.C. §1446(b).

5. This is a civil suit and involves controversy between citizens of different states. Plaintiff, upon information and belief, was at the time of the commencement of the above action a citizen of the Commonwealth of Pennsylvania.

6. Defendant, Christopher Jones, was at the time of the commencement of the above action a citizen of the State of New Jersey.

7. Defendant, Angela's Hauling LLC, is a New Jersey limited liability company with its principal place of business in Erial, New Jersey.

8. All Defendants consent to removal of this action to Federal Court in the Eastern District of Pennsylvania.

9. As averred in Plaintiff's Complaint, the damages claimed by Plaintiff are in excess of $50,000.00.

13. Defendants, Christopher Jones and Angela's Hauling, LLC, allege and aver upon information and belief that the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

14. The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, exclusive of interests and costs, and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28, United States Code, Section 1441.

15. Promptly after filing this Notice of Removal in this Honorable Court, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, in accordance with 28 United States Code, Section 1446(d).

16. Copies of all process, pleadings and order served upon defendant as of the time of this removal are attached hereto as Exhibit "B," in accordance with 28 United States Code, Section 1446(a).

{PH771881.1}

17. Defendants have contemporaneously with the filing of this Notice of Removal given written notice to Plaintiff's counsel.

**WHEREFORE**, Defendants, Christopher Jones and Angela's Hauling, LLC, respectfully request that this action, currently docketed in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

        **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

By:   /s/ *Benjamin J. Tursi*
       Benjamin J. Tursi, Esquire
       Attorney I.D. No.: 206999
       One Penn Center
       1617 JFK Boulevard, Suite 1010
       Philadelphia, Pa. 19103
       215-564-6688
       Attorneys for Defendant,
       Christopher Jones and Angela's Hauling, LLC

### IN THE UNITED STATED DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

1831-110571

| | |
|---|---|
| CHRISTOPHER FINK | CIVIL ACTION |
| vs. | NO. |
| CHRISTOPHER JONES AND ANGELA'S HAULING, LLC | |

### CERTIFICATE OF SERVICE

I hereby certify that this 10th day of December 2021, a true and correct copy of the Defendants' Notice to Remove was served on all parties of record by electronic service of the Court and/or first class mail, postage prepaid.

                **MARKS, O'NEILL, O'BRIEN,**
                   **DOHERTY & KELLY, P.C.**

By: ___/s/ *Benjamin J. Tursi*___
       Benjamin J. Tursi, Esquire
       Attorney I.D. No.: 206999
       One Penn Center
       1617 JFK Boulevard, Suite 1010
       Philadelphia, Pa. 19103
       215-564-6688
       Attorneys for Defendant,
       Christopher Jones and Angela's Hauling, LLC